UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LATRON ANDERS | CIVIL ACTION |
| VERSUS | NO. 07-5536 |
| WARDEN | SECTION: "F"(5) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's application for federal habeas corpus relief is dismissed with prejudice.

New Orleans, Louisiana, this 20th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE